**Order entered September 30, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01539-CR

**DEVANTE JEROME FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-31115-R**

## ORDER

The Court **REINSTATES** the appeal.

On September 21, 2016, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the September 27, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by counsel Riann Moore of the Appellate Division of the Dallas County Public Defender's Office who has not abandoned the appeal; and (3) counsel gave no explanation for the delay but requested thirty additional days to file the brief. We **ORDER** appellant to file his brief no later than October 31, 2016.

/s/     ADA BROWN
        JUSTICE